PEARL ROSS, Appellant, v. MORTON A. EPSTEIN, Respondent, et al., Defendants.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.